UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13-cr-00044-FDW |
|---|---|---|
| v. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| SAM HANNA | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Information in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 1st day of May, 2014.

FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE

1